IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUNICE HUSBAND, | : | |
| Plaintiff, | : | |
| v. | : | 3:14-CV-00177 |
| | : | (JUDGE MARIANI) |
| D. KNAPP, et al., | : | |
| Defendants. | : | |

FILED
SCRANTON
APR 17 2014
PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 17TH DAY OF APRIL, 2014,** upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation (Doc. 6), Plaintiff's Complaint (Doc. 1), and all related filings, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Doc. 6) is **ADOPTED**, for the reasons stated therein.

2. Plaintiff's Objections (Doc. 8) are **OVERRULED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** as follows:

    a. Defendants Taggart, Entzel, Wilson, Young, Frederick, Benfer, Adonis, Brown, Magyar, Pigos, Norwood, Tafelski, and Miosi are **DISMISSED WITHOUT PREJUDICE**, for the reasons stated in the Report and Recommendation. The Court notes that Plaintiff states more specific, non-supervisory allegations against some of them in his Objections.

> However, all such allegations must be made with specificity in the body of Plaintiff's Complaint.
>
> b. Plaintiff's demand for a specified sum of damages is **STRICKEN** from the Complaint **WITHOUT PREJUDICE** to be raised in a subsequent proceeding, for the reasons stated in the Report and Recommendation.

4. Plaintiff shall have **TWENTY (20) DAYS** from the date of this Order to file an Amended Complaint.

5. The case is **REMANDED** to Magistrate Judge Carlson for further proceedings consistent with this Order.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge