THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EUNICE HUSBAND,

    Plaintiff,

v.

D. KNAPP, et al.,

    Defendants.

3:14-CV-177
(JUDGE MARIANI)

FILED
SCRANTON
NOV 2 3 2016

Per_____
DEPUTY CLERK

ORDER

AND NOW, THIS 23rd DAY OF NOVEMBER, 2016, upon *de novo* review of Magistrate Judge Carlson's Report & Recommendation, (Doc. 41), and Plaintiff's Objection thereto, (Doc. 42), **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 41), is **ADOPTED** for the reasons discussed therein.

2. Plaintiff's Objections, (Doc. 42), are **OVERRULED**. In light of this Court's Order dated April 6, 2016, revoking Plaintiff's IFP Status, (Doc. 37), Plaintiff's contention that his inability to pay the filing fee should excuse him from paying the filing fee are meritless.

3. Plaintiff's Amended Complaint, (Doc. 11), is **DISMISSED**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge